```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

RANDOLPH RAY SAENZ                                              PLAINTIFF

       v.                    Civil No. 10-5172

SHERIFF TIM HELDER; JAIL
ADMINISTRATOR RANDALL
DENZER; DR. HOWARD; NURSE
RHONDA BRADLEY; NURSE
ZENOBIA DAVISON; and
NURSE RHONDA MESCHEDE                                           DEFENDANTS

### ORDER

Now on this 21st day of March, 2012, comes on for consideration the **Supplemental Report And Recommendation** (document #51)(the "R&R"), and the plaintiff's response thereto.

The Court, being well and sufficiently advised, finds and orders as follows:

1. The Court being well and sufficiently advised that there are no objections to the R&R, finds that it is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Supplemental Report And Recommendation** (document #51) is **adopted in its entirety** and **Motion for Judgment on the Pleadings** (document #27) is **denied.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE