```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

RANDOLPH RAY SAENZ                                          PLAINTIFF

          v.              Civil No. 10-5172

SHERIFF TIM HELDER; JAIL
ADMINISTRATOR RANDALL
DENZER; DR. HOWARD; NURSE
RHONDA BRADLEY; NURSE
ZENOBIA DAVISON; and
NURSE RHONDA MESCHEDE                                       DEFENDANTS

## ORDER

Now on this 12th day of February, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #76), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #76) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the motion for summary judgment (document #62) is **granted in part and denied in part as follows:**

* the motion is granted with respect to all Equal Protection Claims and all claims against Sheriff Helder and Major Denzer;

* the motion is denied in all other respects.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE